1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SAAHDI ABDUL COLEMAN,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>Defendants. | No.  2:21-cv-0625-TLN-EFB P<br><br><br>ORDER |

Plaintiff Saahdi Abdul Coleman has filed a civil rights complaint, along with purported

co-plaintiffs Lendward Mixon, Christian Morones, Dedrick Sevier, and Doshmen Johnson.  ECF

No. 1.  Dedrick Sevier and Lendward Mixon separately requested extensions of time to file

objections to the court's June 25, 2021 findings and recommendations.  Their requests (ECF Nos.

9 & 10) are granted and they shall each have 30 days from the date this order is served to file

objections.

So ordered.

Dated:  July 21, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE