UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI ABDUL COLEMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>  Defendants. | No. 2:21-cv-0625-TLN-EFB P<br><br><br>ORDER |

Plaintiff Saahdi Abdul Coleman has filed a civil rights complaint, along with purported co-plaintiffs Lendward Mixon, Christian Morones, Dedrick Sevier, and Doshmen Johnson. ECF No. 1. Christian Morones has requested an extension of time to file objections to the court's June 25, 2021 findings and recommendations. Morones's request (ECF No. 14) is granted and he shall have 30 days from the date this order is served to file his objections.

So ordered.

Dated: August 6, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE