UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI ABSUL COLEMAN,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | No. 2:21-cv-0625-TLN-EFB P<br><br>FINDINGS AND RECOMMENDATIONS |

    Plaintiff Saahdi Coleman is a state prisoner proceeding pro se and in forma pauperis in an action brought under 42 U.S.C. § 1983. On June 25, 2021, the court denied permissive joinder of Lendward Mixon, Christian Morones, Dedrick Sevier, and Doshmen Johnson as co-plaintiffs in this action. ECF No. 6. The court informed each of the purported co-plaintiffs that if he wished to proceed with an individual action he was to, within fourteen days, file a copy of the original complaint reflecting his own signature and either paying the filing fee or requesting leave to proceed in forma pauperis. The court cautioned that failure to do so would result in a presumption that he does not wish to proceed with the case and a recommendation of dismissal from this action would follow. Despite extensions of time being granted to Mixon, Morones, and Sevier (*see* ECF Nos. 11, 15, 18), none of the purported co-plaintiffs complied with the court's order. The court presumes, therefore, that none of them wish to proceed with his case.

Accordingly, IT IS RECOMMENDED that purported co-plaintiffs Lendward Mixon, Christian Morones, Dedrick Sevier, and Doshmen Johnson be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  December 7, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE