IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAAHDI COLEMAN,** | Case No. 2:21-cv-00625-TLN-EFB |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| **v.** | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,** | |
| Defendants. | |

This matter having come before the Court on Defendants' request for extension of time to respond to Plaintiff's operative complaint, and good cause appearing, the request is GRANTED.

Defendants' responses to Plaintiff's complaint are due on or before September 22, 2023.

IT IS SO ORDERED.

Dated:  July 18, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE