UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI COLEMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OFCORRECTIONS, et al.,<br><br>　　　　Defendants. | No. 2:21-cv-00625-TLN-EFB (PC)<br><br><br>ORDER |

　　Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. The United States Marshal has returned process directed to several defendants. As to defendant "B. Freriks," the unexecuted summons states that per the California Department of Corrections and Rehabilitation ("CDCR"), this defendant passed away on October 31, 2021.[1] ECF No. 41. As to defendants "Tyler," and "J. Kelly," the unexecuted summons state that the CDCR is "unable to identify." *Id.*

　　Rule 4(m) of the Federal Rules of Civil Procedure requires that an action be dismissed as to a defendant not served within 90 days after filing the complaint unless the time is enlarged

---

[1] No party has filed a formal statement noting death in accordance with Rule 25 of the Federal Rules of Civil Procedure, which establishes the procedure to be followed if a party dies during the pendency of an action. *See* Fed. R. Civ. P. 25; *Barlow v. Ground*, 39 F.3d 231, 233 (9th Cir. 1994).

1

based upon a demonstration of good cause.  If plaintiff wishes to pursue this action against defendants Freriks, Tyler, or Kelly, he must provide new information about how to locate these defendants for service of process, such as a first name, a physical description, or a timeframe within which each was employed by CDCR.  If plaintiff's access to the required information is unreasonably denied or delayed, he may seek judicial intervention.

Accordingly, it is ORDERED that:

1. The Clerk of the Court shall send plaintiff three USM-285 forms.
2. Within 30 days from the date this order is served, plaintiff may submit the attached Notice of Submission of Documents with the completed forms USM-285 providing new instructions for service of process upon defendants Freriks, Tyler, and Kelly.
3. Failure to comply with this order or to show good cause for such failure will result in a recommendation that defendant Freriks, Tyler, and/or Kelly be dismissed pursuant to Rule 4(m).

Dated: August 9, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI COLEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OFCORRECTIONS, et al, et al.,<br><br>    Defendants. | No.  2:21-cv-00625-TLN-EFB (PC)<br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

   __3__                completed USM-285 form

DATED:

                                  _____
                                     Plaintiff