IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI COLEMAN,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:21-cv-00625-TLN-EFB<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE REPLY |

　　　This matter having come before the Court on Defendants' request for extension of time to file their reply in support of their motion dismiss filed September 22, 2023 (ECF No. 53), and good cause appearing, the request is GRANTED.

　　　Defendants' reply shall be filed on or before December 30, 2023.

　　　IT IS SO ORDERED.

Dated: December 15, 2023

　　　　　　　　　　　　　　　　　　　　　　_/s/ Edmund F. Brennan_
　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE