UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI COLEMAN, | No. 2:21-cv-00625-TLN-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 79) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

Dated: November 19, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1