UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI COLEMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>  Defendants. | No. 2:21-cv-00625-TLN-EFB (PC)<br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in this action brought under 42 U.S.C. § 1983. He seeks an extension of time to respond to defendants' motion to dismiss. ECF No. 86.

The motion is GRANTED, and plaintiff shall file his response to the motion to dismiss on or before May 1, 2025.

So ordered.

Dated: April 7, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1