IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAAHDI COLEMAN,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | Case No. 2:21-cv-00625-TLN-EFB (PC)<br><br>[PROPOSED] **ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME** |

This matter having come before the Court on Defendants' request to for an extension of time to file a reply in support of their motion to dismiss Plaintiffs' fourth amended complaint (ECF No. 84), and good cause appearing, the motion is GRANTED.

Defendants shall file their reply on or before June 17, 2025.

IT IS SO ORDERED.

Dated: June 9, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE