UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI COLEMAN,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | No. 2:21-cv-00625-TLN-EFB (PC)<br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in this action brought under 42 U.S.C. § 1983. He seeks an extension of time of 30 days to file objections to the findings and recommendations filed August 7, 2025 (ECF No. 97). ECF No. 98. The objections were due on August 21, 2025.

Plaintiff has not presented good cause for an additional 30 days to file objections. Out of an abundance of caution, the court will grant plaintiff a short extension. The court must receive plaintiff's objections to the August 7, 2025 findings and recommendations no later than September 22, 2025.

So ordered.

Dated: September 5, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1