1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SAAHDI ABDUL COLEMAN,                       No.  2:21-cv-00625-TLN-EFB (PC)

12              Plaintiff,

13         v.                                       FINDINGS AND RECOMMENDATIONS

14    CALIFORNIA DEPARTMENT OF
      CORRECTIONS AND
15    REHABILITATION,

16              Defendants.

17

18         Plaintiff is a prisoner proceeding pro se and in forma pauperis in this civil rights action

19    under 42 U.S.C. § 1983.

20         Several attempts to serve defendant Tyler have failed.  The court has solicited sufficient

21    information for service of process on defendant Tyler many times, most recently on May 29,

22    2025, when the court ordered plaintiff to provide such information within 60 days.  ECF No. 93;

23    *see also* ECF Nos. 41, 45, 51, 75, 85.  Plaintiff has not provided the updated information or

24    otherwise responded to the order.

25         Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's claims against defendant

26    Tyler be dismissed without prejudice.  *See* Fed. R. Civ. P. 41(b).

27         These findings and recommendations will be submitted to the United States District Judge

28    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

1

1  after being served with these findings and recommendations, plaintiff may file written objections

2  with the court.  The document should be captioned "Objections to Findings and

3  Recommendations."   Plaintiff is advised that failure to file objections within the specified time

4  may waive the right to appeal the District Court's order.  *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir.

5  1991).

6

7  Dated: September 17, 2025

8  EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2