IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI COLEMAN,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:21-cv-00625-TLN-EFB (PC)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO FILE ANSWER TO FOURTH AMENDED COMPLAINT |

　　This matter having come before the Court on Defendants' motion to extend the time to file answers to Plaintiffs' Fourth Amended Complaint, and good cause appearing, the motion is GRANTED.

　　Defendants N. Thompson, S. Manson, G. Collinsworth, B. Nguyen and M. Burkhart's answers to the Fourth Amended Complaint shall be filed on or before December 10, 2025.

　　IT IS SO ORDERED.

Dated: November 17, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1