UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAAHDI COLEMAN,

        Plaintiff,

    v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.

No.  2:21-cv-00625-TLN-EFB (PC)

ORDER

Plaintiff is a state prisoner proceeding without counsel in this action brought under 42 U.S.C. § 1983.  He seeks a second extension of time to respond to defendants' December 3, 2025 motion to dismiss (ECF No. 104).  ECF No. 111.

The motion is GRANTED, and plaintiff shall file his response to the motion to dismiss within 30 days of the date of this order.

So ordered.

Dated:  February 4, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1