UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SAAHDI COLEMAN,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION, et al.,

Defendants.

No. 2:21-cv-00625-TLN-EFB

**ORDER**

Plaintiff Saahdi Coleman ("Plaintiff") proceeds without counsel in this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 20, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 115.) No party has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, the Court hereby ORDERS as follows:

1. The findings and recommendations filed August 20, 2026 (ECF No. 115), are ADOPTED IN FULL;
2. Defendants' motion to dismiss (ECF No. 104) is GRANTED with prejudice;
3. This action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(A);
4. The Clerk of the Court is directed to administratively terminate all pending motions, including Defendants' motion to stay (ECF No. 108). *See* E.D. Cal. L.R. 230(l); and
5. The Clerk of the Court shall close this case.

IT IS SO ORDERED.

DATE: September 21, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE